AO 91 (Rev 8/01) Criminal Complaint

Case 7:16-cr-01161 Document 1 Filed in TXSD on 07/23/16 Page 1 of 4

Southern District of Texas
FILED

JUL 23 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Pedro Eduardo Ibarra-Cervantes** *Principal*  the United Mexican States
YOB: 1985

**Uriel Armando De Luna-Ovando** *Co-Principal*  the United Mexican States
YOB: 1990

## CRIMINAL COMPLAINT

Case Number:

M-16- 1392-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 21, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Esteban Saldana-Munoz and Reymundo Munoz-Munoz, citizens and nationals of the United Mexican States, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On June 7, 2016, Border Patrol Agents received information from a concerned citizen regarding a house located in 116 North Skinner Road, Edinburg, Texas been used to harbor illegal aliens. Agents conducted surveillance on the residence. During surveillance, agents observed a Ford Fusion leaving the residence in question. Agents followed the Ford Fusion from 116 North Skinner Road, Edinburg, Texas to a second residence located at 3112 Nikkie Lane, Edinburg, Texas. Agents also did surveillance on the second residence but resulted in negative results.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Jon Chan          Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

2:39

Approved for probable cause.

07/23/16 at McAllen, Texas
Date                              City and State

Peter E. Ormsby , U. S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-/392-M

RE:    Pedro Eduardo Ibarra-Cervantes    A200 219 449
         Uriel Armando De Luna-Ovando    A206 901 694

**CONTINUATION:**

On July 21, 2016, Border Patrol Agents conducted surveillance on the residence located at 116 North Skinner Road, Edinburg, Texas. Agents observed a blonde female exiting the residence and entering the Ford Fusion parked outside and drive away. Agents followed the vehicle to a Drive Thru convenient store. There, agents observed that the female was restocking items and proving items to customers. Agents believed the female was employed at the store and did not see anything suspicious. The agents returned to the residence in question to continue surveillance. After several hours, Agents noticed a white Pickup arrived at the location. Agents observed a male subject exit the house accompanied by two small children. The male subject placed the children into the back seat and then bordered the truck using the front passenger door. Agents followed the pickup truck to an apartment complex also located in Edinburg, Texas. Agents could were unable to observe the activity at this location but it was subsequently discovered that the two children were dropped off at a relative's apartment.

The pickup truck was then followed to the second residence located at 3112 Nikkie Lane, Edinburg, Texas. Agents lost visual of the vehicle for several minutes because of traffic. When agents arrived at the residence located on Nikkie Lane, they noticed that the white pickup truck was already there. Agents observed three male subjects exit the residence. One of the subjects was carrying a plastic bag and a second subject was carrying what appeared to be food plates. The three subjects got in the truck and drove away. At that point, agents requested the assistance of Hidalgo County Constable's Office for a vehicle stop. Hidalgo County Constable O. Lopez responded and conducted a traffic stop on the white pickup truck for Defective Tail Light / Broken Tail Light to which a warning was issued to the driver. Agents approached the vehicle stop and identified themselves to the vehicle occupants. The driver identified himself as Uriel Armando DE LUNA-Ovando and the two passengers identified themselves as Pedro Eduardo IBARRA-Cervantes and Esteban SALDANA-Munoz. The three subjects were questioned as to their immigration status and all subjects admitted to being illegally present in the United States. All subjects were placed under arrest and read their Miranda Rights. During a field interview, Uriel Armando DE LUNA-Ovando admitted that they were taking food to illegal aliens being house at a stash house. Pedro Eduardo IBARRA-Cervantes denied any involvement in human smuggling. Esteban SALDANA-Munoz stated that DE LUNA-Ovando and IBARRA-Cervantes were in charge of the stash house and he admitted that an additional seven illegal aliens were being kept at the stash house. SALDANA-Munoz stated that he was taken out of the stash house for the purpose of picking up additional food for him and the other seven smuggled aliens. Agents were unable to obtain consent to search the residence located at 116 North Skinner Road from the three occupants of the pickup truck.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- *1392* -M

RE:     Pedro Eduardo Ibarra-Cervantes          A200 219 449
        Uriel Armando De Luna-Ovando            A206 901 694

**CONTINUATION:**

Agents then returned to the Drive Thru convenience store in an attempt to obtain consent to search the residence from the blond female later identified as Karen BARRAGAN-Ocana. Contact was made with BARRAGAN and she admitted that she knew her husband was harboring illegal aliens at their residence. BARRAGAN also claimed to have no involvement in human smuggling and granted agents consent to search the target location. BARRAGAN was transported back to the residence. Once at the residence and with prior consent, agents made entry and discovered seven male subjects inside the residence. All the subjects admitted to being illegally present in the United States and were placed under arrest and transported to the Border Patrol Station for processing. BARRAGAN was returned to her place of employment and will not be prosecuted at this time.

PRINCIPAL STATEMENT - 1:
Pedro Eduardo IBARRA-Cervantes was advised of his rights and agreed to provide a sworn statement without an attorney present.

Pedro Eduardo IBARRA-Cervantes a citizen of Mexico, stated he crossed illegally sometime in August of 2013 near Reynosa, Tamaulipas, Mexico. IBARRA stated that an unknown man called him and offered him a job in harboring/transporting illegal aliens and he accepted. IBARRA indicated that he received $650.00 USD to rent the stash house and was receiving $150.00 a day to feed the illegal aliens. IBARRA admitted living in the stash house, giving instructions to the illegal aliens, and feeding them. IBARRA also admitted to transporting the illegal aliens to his house. IBARRA stated he would pick up the illegal aliens from different location and transport them to his house located on 116 North Skinner Rd, Edinburg, Texas.

IBARRA stated that on today's date, he called his friend Uriel Armando De Luna-Ovando to ask him for a ride since he doesn't have a vehicle. IBARRA indicated he needed to go get food for him and the illegal aliens in his house. IBARRA stated that his friend DE LUNA was only doing him a favor.

Also, IBARRA stated that he and his wife Karen Barragan-Ocana are currently going through a divorce process and even thou his wife would live in the house, she was not involved in human smuggling.

PRINCIPAL STATEMENT - 2:
Uriel Armando DE LUNA-Ovando was advised of his rights and agreed to provide a sworn statement without the presence of an attorney.

Uriel Armando DE LUNA-Ovando a citizen of Mexico, stated he crossed about a year ago near Camargo, Tamaulipas, Mexico. DE LUNA stated that since he crossed last year, he was homeless until four months ago when he met a man that invited him to stay at his house. DE LUNA indicated that man asked him if he would like to transport illegal aliens for him. DE LUNA stated he accepted and he has been transporting illegal aliens ever since. DE LUNA also admitted that he would receive several hundred dollars for his work. DE LUNA stated he knows Pedro Eduardo IBARRA-Cervantes because he has transported illegal aliens to IBARRA'S house. DE LUNA also admitted that IBARRA is the care taker of the house located at Skinner Rd. and that IBARRA also transports illegal aliens from different locations to his house.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-/39Z -M

RE:    Pedro Eduardo Ibarra-Cervantes        A200 219 449
       Uriel Armando De Luna-Ovando          A206 901 694

**CONTINUATION:**

DE LUNA identified Pedro Eduardo IBARRA-Cervantes through a photo lineup as the care taker of the house located on 116 North Skinner Road, Edinburg, Texas.

MATERIAL WITNESS #1 STATEMENT:
Esteban SALDANA-Munoz was read his Miranda Rights and agreed to provide a statement without an attorney present.

Estevan SALDANA-Munoz a citizen of Mexico, stated his brother paid $1,000.00 USD for him to be smuggled into the United States and an additional $3,200.00 USD once in the United States. SALDANA stated that once in the United States, he was transported to the residence located at 116 North Skinner Rd, Edinburg, Texas. SALDANA also stated that the same man that transported him to the stash house was also the care taker of the house. SALDANA indicated that the same man would feed them twice a day and would also give him instructions not go leave the house and to be quiet.
Estevan SALDANA-Munoz identified Pedro Eduardo IBARRA-Cervantes through a photo lineup as the man who transported him to the stash house and was also the care taker.

MATERIAL WITNESS #2 STATEMENT:
Reymundo MUNOZ-Munoz was read his Miranda Rights and agreed to provide a sworn statement without an attorney present.

Reymundo MUNOZ-Munoz a citizen of Mexico, stated he paid $1000.00 USD to be smuggled into the United States. MUNOZ indicated that once in the United States, he was transported to a hotel by a man driving a white truck. MUNOZ stated that the following morning, he was transported to a different location by a different male subject. MUNOZ also stated that when they arrived at the stash house, the driver and him got off the car and went inside the house. Once inside the house, the driver gave him instructions on where to sleep and also told them not to step outside the house. MUNOZ stated that the driver would provide food for them twice a day.

Reymundo MUNOZ-Munoz identified Uriel Armando DE LUNA-Ovando through a photo lineup as the first driver that transported him to a hotel.

Reymundo MUNOZ-Munoz identified Pedro Eduardo IBARRA-Cervantes through a photo lineup as the second driver that transported him to the stash house and also as the care taker of the house.